NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3178

KEENAN V. ROSS,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

Petition for review of the Merit Systems Protection Board in SF0752070805-I-3.

ON MOTION

<u>O R D E R</u>

Keenan V. Ross moves for leave to file an informal brief out of time.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 15 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Keenan V. Ross
Michael D. Snyder, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 15 2009

JAN HORBALY
CLERK